UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ALBA,

             Plaintiff,

   -against-

CITY OF NEW YORK, et al.,

             Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1/12/2024
```

23-CV-8619 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      Plaintiff having chosen to file a first amended complaint (Dkt. 32), defendants' motions to dismiss (Dkts. 20, 24) are mooted and deemed withdrawn. Defendants shall either answer or move to dismiss the first amended complaint no later than **February 8, 2024**. If defendants wish to rely on all portions of their original supporting papers, they may so state and need not refile those papers.

      The Clerk of Court is respectfully directed to terminate the motions at Dkts. 20 and 24.

Dated: New York, New York
     January 12, 2024

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**