**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSE ALBA,

                Plaintiff,

  -against-                                         23 **CIVIL** 8619 (LAK)

                                                                    **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 21, 2025, the R&R contains no error of fact or law. Plaintiff's motion for leave to file the proposed second amended complaint (Dkt 88) is denied; accordingly, the case is closed.

**Dated:** New York, New York

      August 21, 2025

                                                                    **TAMMI M. HELLWIG**
                                                                    _____
                                                                         **Clerk of Court**

                                      **BY:**         *K. Mango*
                                                              _____
                                                                         **Deputy Clerk**